IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 6:24-CR-17 |
| | § | JUDGE JDK/JDL |
| FRANSISCO GONZALEZ | § | |
| a/k/a KIKO GONZALEZ | § | |

## **FACTUAL BASIS**

Investigation by the Texas Department of Public Safety (Texas DPS), disclosed the following facts that establish that I, the defendant, Fransisco Gonzalez, violated 18 U.S.C. §§ 2251(a) and 2251(e). I accept the following factual basis as true and correct:

1. On or about February 26, 2023, in the Eastern District of Texas, I knowingly used, persuaded, induced, enticed, and coerced an individual, namely Minor Victim 1, to engage in sexually explicit conduct.

2. I acted with the purpose of producing a visual depiction of such conduct.

3. The visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

4. On or about August 16, 2023, in the Eastern District of Texas, I knowingly used, persuaded, induced, enticed, and coerced an individual, namely Minor Victim 1, to engage in sexually explicit conduct.

5. I acted with the purpose of producing a visual depiction of such conduct.

**Factual Basis - Page 1**

6. The visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

7. The offenses involved a minor who had not attained the age of twelve years.

8. I agree to forfeit a light blue Apple iPhone 13 Pro Max, IMEI 354347189525741 because it was property used to commit or to promote the commission of the offenses.

9. I acknowledge that these acts constitute violations of 18 U.S.C. §§ 2251(a) and 2251(e) (Sexual Exploitation of Children).

I hereby stipulate that the facts described above are true and correct and accept them as the uncontroverted facts of this case.

Dated: 12-20-2024

_____
Defendant

### Defendant's Counsel's Signature and Acknowledgment:

I have read this Factual Basis and the Plea Agreement in this matter and have reviewed them with my client, Fransisco Gonzalez. Based upon my discussions with my client, I am satisfied that he understands the terms and effects of the Factual Basis and the Plea Agreement and that he is signing this Factual Basis voluntarily.

Dated: 12-20-2024

_____
Carlo D'Angelo
Attorney for Defendant